AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES PRESTRIDGE,

      Plaintiff,             JUDGMENT IN A CIVIL CASE

V.

                             CASE NUMBER:  **3:12-cv-00638-LRH-VPC**

RENEE BAKER, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim.
    **IT IS FURTHER ORDERED** that this court **CERTIFIES** that any *in forma pauperis* appeal from this order would **not** be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

  May 9, 2013                                             **LANCE S. WILSON**
                                                                     Clerk

                                                              /s/ D. R. Morgan
                                                               Deputy Clerk