UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES PRESTRIDGE, | ) | |
| Plaintiff, | ) ) | 3:12-cv-00638-LRH-VPC |
| vs. | ) ) | |
| RENEE BAKER, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On June 25, 2013, the Court entered an order denying petitioner's motion at ECF No. 16 and deferring ruling on the balance of motions filed by petitioner since his notice of appeal was filed. (ECF No. 18). This order was entered in error and shall be vacated.

**IT IS THEREFORE ORDERED** that the order at ECF No. 18 is **HEREBY VACATED.**

Dated this 25 day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE