# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES PRESTRIDGE,

    Plaintiff,      3:12-cv-00638-LRH-VPC

vs.

                                         **ORDER**

RENEE BAKER, *et al.*,

    Defendants.

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.

On August 21, 2013, this Court entered a screening order in which Count II of the amended complaint was allowed to proceed, while Counts I and III were dismissed with prejudice. (ECF No. 23). The Court's order also denied plaintiff's motion for class certification. (*Id.*). The Court's order imposed a 90-day stay to allow for a mediation conference. (*Id.*). A mediation conference is scheduled for November 26, 2013. (ECF No. 28).

On August 29, 2013, plaintiff filed a motion for reconsideration. (ECF No. 25). Plaintiff's motion lacks sufficient grounds under either Rule 59(e) or Rule 60(b) to justify granting the motion for reconsideration.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (ECF No. 25) is **DENIED.**

///

///

1  **IT IS FURTHER ORDERED** that plaintiff shall file no further documents during the 90-day mediation stay in this action, and specifically, until after the November 26, 2013 mediation conference is held.

Dated this 21st day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE