UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JAMES PRESTRIDGE, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00638-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| RENEE BAKER; *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#38[1]) entered on January 28, 2014, recommending granting Plaintiff's Motion to Withdraw Complaint or Voluntary Dismissal (#37), filed on January 17, 2014, and dismissing Plaintiff's complaint without prejudice.  No objection to the Report and Recommendation has been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#38) entered on January 28, 2014, should be adopted and accepted.

---

[1] Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#38) entered on January 28, 2014, is adopted and accepted, and Motion to Withdraw Complaint or Voluntary Dismissal (#37) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice**.

IT IS SO ORDERED.

DATED this 8th day of April, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2